**No. 11-284. Niels H. Lauersen, Petitioner v. United States.**

565 U.S. 959, 132 S. Ct. 431, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7178.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 648 F.3d 115.

**No. 11-5086. Donald M. Reynolds, Petitioner v. United States.**

565 U.S. 960, 132 S. Ct. 401, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7196.

**No. 11-5090. Kerry Dean Benally, Petitioner v. United States.**

565 U.S. 960, 132 S. Ct. 401, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7212.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 415 Fed. Appx. 86.

**No. 11-5663. Alexander Samuel, Petitioner v. Michael Bloomberg, Mayor, City of New York, New York, et al.**

565 U.S. 960, 132 S. Ct. 408, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7192,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 11-5790. Zakariah LaFreniere, Petitioner v. Regents of the University of California.**

565 U.S. 960, 132 S. Ct. 418, 181 L. Ed. 2d 288, 2011 U.S. LEXIS 7219,

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.